APPEAL No. 74-37. CLAIRE MASI *v.* ARMANDO MASI. Motion of plaintiff to dismiss appeal granted. *Kirshenbaum &*

*Kirshenbaum, Alfred Factor,* for plaintiff. *Montaquila, Ciullo & DeFalco, Kenneth J. Rampino,* for defendant.